```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
UNITED STATES,                                                  :
                                                                :
                                                                :  1:24-cr-00091-GHW
                    -v-                                         :
                                                                :  ORDER
ANDREY KOSTIN; VADIM WOLFSON; *and*                             :
GANNON BOND,                                                    :
                                                                :
                                    Defendants.                 :
                                                                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 16, 2024, Defendant Vadim Wolfson filed a "Motion to Modify Filter Team Procedures and for Injunction Against Release or Review of Records Pending Ruling." Dkt. No. 39. The Government's opposition is due no later than April 26, 2024. Defendant Vadim Wolfson's reply, if any, is due one week following the date of service of the Government's opposition.

SO ORDERED.

Dated: April 19, 2024
       New York, New York

                                                    _____
                                                    GREGORY H. WOODS
                                                    United States District Judge