```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :
UNITED STATES,                                  :

                                                      :    1:24-cr-91-GHW
                  -v-                     :
                                                        :    <u>ORDER</u>
ANDREY KOSTIN; VADIM WOLFSON; *and* :
GANNON BOND,                                :
                                                        :
                              Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a hearing on May 9, 2024 at 3:00 p.m. to discuss Defendant Vadim Wolfson's April 16, 2024 "Motion to Modify Filter Team Procedures and for Injunction Against Release or Review of Records Pending Ruling." Dkt. No. 39. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel for the defendant may apply for leave for Mr. Wolfson not to appear at the conference if they wish. *See* Fed. R. Crim. P. 43(b).

      SO ORDERED.

Dated: May 6, 2024
       New York, New York

                                                                GREGORY H. WOODS
                                                          United States District Judge