# K&L GATES

May 23, 2024

**By ECF**

The Honorable Gregory H. Woods
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *USA v. Kostin, et al., Case No. 24-cr-00091-GHW*

Dear Judge Woods:

     Following oral argument on May 9, 2024, the parties have reached an agreement in principle that is designed to resolve deficiencies in the government's filter team process presented in Defendant Wolfson's Motion to Modify Filter Team Procedures and for Injunction Against Release or Review of Records Pending Ruling, Dkt. No. 39. Accordingly, Defendant Wolfson does not anticipate that further briefing will be required and therefore withdraws his motion without prejudice.

                            Respectfully submitted,

                            /s/ *David C. Rybicki*
                            David C. Rybicki
                            Counsel for Vadim Wolfson

K&L GATES LLP
1601 K STREET, N.W.  WASHINGTON, DC 20006
T +1 202 778 9370  F +1 202 778 9100  klgates.com