# EXHIBIT S

Case 1:24-cr-00091-GHW    Document 93-18    Filed 12/23/24    Page 2 of 6



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:   [####]1001
                                        IBAN    :  [##################]1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type: Current Account
TRUST ROAD TOWN                         Currency: US Dollar
PO BOX 3175, TORTOLA                    Branch  : IBC Nicosia
VIRGIN ISLANDS, BRITISH                 Date    : 17 OCT 2016
                                        Period  : 06 MAY 2014 - 16 OCT 2016
                                        Page    : 1
```

| Value date | Narrative | Credit | Debit | Balance |
|---|---|---|---|---|
| | Brought Forward | | | 0.00 |
| 08 MAY 2014 | [####]3264\BNK<br>Inward Payment<br>BENTRONIAN TRADING LIMITED INN 2673<br>22125<br>WRITTEN RESOLUTION OF THE SOLE SHA<br>REHOLDER OF THE COMPANY DATED 08 OF<br>MAY 2014 | 10,500,000.00 | | 10,500,000.00 |
| 08 MAY 2014 | [####]9770\BNK<br>Account Transfer Charges<br>MEMBERSHIP INTEREST<br>PURCHASE AGREEMENT | | -35.00 | 10,499,965.00 |
| 08 MAY 2014 | [####]9770\BNK<br>Transfer<br>LEDRIDGE INVESTMENTS LIMITED<br>MEMBERSHIP INTEREST<br>PURCHASE AGREEMENT | | -9,000,000.00 | 1,499,965.00 |
| 09 MAY 2014 | [####]6KFD\BNK<br>Transfer<br>SWIFT REQ. DD 07-090514 | | -5.00 | 1,499,960.00 |
| 30 JUN 2014 | [####]1012\BNK<br>Acc. Maintenance Fee<br>Account Maintenance Fee 04-06 2014 | | -16.67 | 1,499,943.33 |
| 13 AUG 2014 | [####]D6GB\BNK<br>Transfer<br>STMNTS REQ.DD04-080814 | | -15.00 | 1,499,928.33 |
| 30 SEP 2014 | [####]3008\BNK<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q3-2014 | | -50.00 | 1,499,878.33 |
| 31 DEC 2014 | [####]5010\BNK<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q4-2014 | | -50.00 | 1,499,828.33 |
| 02 APR 2015 | [####]1297<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q1-2015 | | -50.00 | 1,499,778.33 |
| 30 JUN 2015 | [####]03380 | | -50.00 | 1,499,728.33 |

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008379

US_0000029581
CGV_ 0008379



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:      ████ 1001
                                        IBAN   :      ████████████ 1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type: Current Account
TRUST ROAD TOWN                         Currency: US Dollar
PO BOX 3175, TORTOLA                    Branch  :
VIRGIN ISLANDS, BRITISH                 Date    : 17 OCT 2016
                                        Period  : 06 MAY 2014 - 16 OCT 2016
                                        Page    : 2
```

| Value date | Narrative | Credit | Debit | Balance |
|---|---|---|---|---|
|  | Brought Forward |  |  | 0.00 |
|  | Acc. Maintenance Fee |  |  |  |
|  | Acc. Maintenance Fee Q2-2015 |  |  |  |
| 30 SEP 2015 | ████ 2223 |  | -50.00 | 1,499,678.33 |
|  | Acc. Maintenance Fee |  |  |  |
|  | Acc. Maintenance Fee Q3-2015 |  |  |  |
| 17 NOV 2015 | ████ 4268\BNK |  | -198.49 | 1,499,479.84 |
|  | Outward Swift Charges |  |  |  |
| 17 NOV 2015 | ████ 4268\BNK |  | -113,490.34 | 1,385,989.50 |
|  | Outward Payment |  |  |  |
|  | 40 NORTH STAR, LLC |  |  |  |
|  | WFBIUS6S |  |  |  |
|  | INVOICE DD 31.10.15 |  |  |  |
| 14 DEC 2015 | ████ 4588\BNK |  | -285.00 | 1,385,704.50 |
|  | Outward Swift Charges |  |  |  |
| 14 DEC 2015 | ████ 4588\BNK |  | -259,540.65 | 1,126,163.85 |
|  | Outward Payment |  |  |  |
|  | 40 NORTH STAR, LLC |  |  |  |
|  | WFBIUS6S |  |  |  |
|  | INV DD 09/12/2015 |  |  |  |
| 31 DEC 2015 | ████ 1100 |  | -50.00 | 1,126,113.85 |
|  | Acc. Maintenance Fee |  |  |  |
|  | Acc. Maintenance Fee Q4-2015 |  |  |  |
| 19 FEB 2016 | ████ 7595\BNK |  | -285.00 | 1,125,828.85 |
|  | Outward Swift Charges |  |  |  |
| 19 FEB 2016 | ████ 7595\BNK |  | -221,832.14 | 903,996.71 |
|  | Outward Payment |  |  |  |
|  | 40 NORTH STAR, LLC |  |  |  |
|  | WFBIUS6S |  |  |  |
|  | INVS DD 27/01/2016 AND DD 12.02.16 |  |  |  |
| 23 FEB 2016 | ████ ZJ0V\BNK |  | -5.00 | 903,991.71 |
|  | Transfer |  |  |  |
|  | SWIFT REQ 220216 |  |  |  |
| 31 MAR 2016 | ████ 1054 |  | -50.00 | 903,941.71 |
|  | Acc. Maintenance Fee |  |  |  |
|  | Acc. Maintenance Fee Q1-2016 |  |  |  |

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008380

US_0000029582
CGV_ 0008379



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:    ████1001
                                        IBAN   :    ████████████████1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type:   Current Account
TRUST ROAD TOWN                         Currency:   US Dollar
PO BOX 3175, TORTOLA                    Branch :    IBC Nicosia
VIRGIN ISLANDS, BRITISH                 Date   :    17 OCT 2016
                                        Period :    06 MAY 2014 - 16 OCT 2016
                                        Page   :    3
```

```
            Brought Forward                                                              0.00

Value date   Narrative                          Credit           Debit              Balance


05 APR 2016      ████9955\BNK                                  -183.89           903,757.82
             Outward Swift Charges
05 APR 2016      ████9955\BNK                               -98,894.12           804,863.70
             Outward Payment
             40 NORTH STAR, LLC
             WFBIUS6S
             INV. DD 15.03.16
06 APR 2016      ████S808\BNK                                    -5.00           804,858.70
             Transfer
             SWIFT REQ 050416
06 APR 2016      ████9335\BNK                                   -90.00           804,768.70
             Outward Swift Charges
06 APR 2016      ████9335\BNK                                -2,020.00           802,748.70
             Outward Payment
             CHRISTODOULOS G.VASSILIADES AND
             BARCGB22
             LEGAL SERVICES
13 APR 2016      ████27TH\BNK                                    -5.00           802,743.70
             Transfer
             SWIFT REQ. DD 04-080416
03 JUN 2016      ████5044\BNK                                   -90.00           802,653.70
             Outward Swift Charges
03 JUN 2016      ████5044\BNK                                -1,800.00           800,853.70
             Outward Payment
             CHRISTODOULOS G. VASSILIADES
             BCYPCY2N
             LEGAL SERVICES.
03 JUN 2016      ████0195\BNK                                  -285.00           800,568.70
             Outward Swift Charges
03 JUN 2016      ████0195\BNK                              -255,828.62           544,740.08
             Outward Payment
             40 NORTH STAR, LLC
             WFBIUS6S
             INV DD 15/05/2016
07 JUN 2016      ████5NNF\BNK                                   -10.00           544,730.08
```

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008381

US_0000029583
CGV_ 0008379



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED                    Account:      ████1001
                                              IBAN    :     ████████████1001
ALEMAN CORDERO GALINDO AND LEE                A/C Type: Current Account
TRUST ROAD TOWN                               Currency: US Dollar
PO BOX 3175, TORTOLA                          Branch  :
VIRGIN ISLANDS, BRITISH                       Date    : 17 OCT 2016
                                              Period  : 06 MAY 2014 - 16 OCT 2016
                                              Page    : 4
```

| Value date | Narrative | Credit | Debit | Balance |
|---|---|---:|---:|---:|
| | Brought Forward | | | 0.00 |
| 23 JUN 2016 | Transfer<br>SWIFT REQ 030616<br>████710J\BNK | | -15.00 | 544,715.08 |
| 30 JUN 2016 | Transfer<br>STMNTS REQ. DD13-170616<br>████0469 | | -50.00 | 544,665.08 |
| 04 JUL 2016 | Acc. Maintenance Fee<br>Acc. Maintenance Fee Q2-2016<br>████3R0F\BNK | | -15.00 | 544,650.08 |
| 20 SEP 2016 | Transfer<br>STMNTS REQ. DD2106-010716<br>████4006\BNK<br>Internal Transfer In<br>CAPITAL BUSINESS FINANCE LTD<br>ACCORDING TO AGR DD 21.07.16 | 100,000.00 | | 644,650.08 |
| 29 SEP 2016 | ████2763\BNK<br>Internal Transfer In<br>CAPITAL BUSINESS FINANCE LTD<br>ACCORDING TO AGREEMENT<br>DD 21.07.2016 | 100,000.00 | | 744,650.08 |
| 30 SEP 2016 | ████0990<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q3-2016 | | -50.00 | 744,600.08 |
| 14 OCT 2016 | ████7479\BNK<br>Outward Swift Charges | | -363.27 | 744,236.81 |
| 14 OCT 2016 | ████7479\BNK<br>Outward Payment<br>40 NORTH STAR, LLC<br>WFBIUS6S<br>INV DD 13/10/2016 | | -192,209.88 | 552,026.93 |
| | Closing Balance : | | | 552,026.93 |
| | Turnover : | 10,700,000.00 | -10,147,973.07 | |

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008382

US_0000029584
CGV_ 0008379