**K&L GATES**

April 28, 2025

**By ECF**

The Honorable Gregory H. Woods
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re:** *USA v. Kostin, et al., Case No. 24-cr-00091-GHW*

Dear Judge Woods:

We write in response to the letter to the Court from counsel for Mr. Bond requesting a rescheduled pretrial conference date (ECF No. 172). Of the dates proposed by counsel for Mr. Bond during the week of June 2, 2025, June 4 and June 5 would be preferable for counsel for Mr. Wolfson if the Court has availability those days.

Respectfully submitted,

/s/ *David Rybicki*
David Rybicki

*Counsel for Vadim Wolfson*

K&L GATES LLP
1601 K STREET, N.W.  WASHINGTON, DC 20006
T +1 202 778 9370  F +1 202 778 9100  klgates.com