```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
                                                                  :
                                                                  :
UNITED STATES,                                                    :      1:24-cr-91-GHW
                                                                  :
                                                                  :           ORDER
                    -v-                                           :
                                                                  :
                                                                  :
                                                                  :
ANDREY KOSTIN; VADIM WOLFSON; and                                 :
GANNON BOND,                                                      :
                                                                  :
                            Defendants.                           :
                                                                  :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2025

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the parties' submissions with respect to whether a hearing is needed to evaluate if the Government flagrantly disregarded the terms of certain warrants issued in this case. Dkt. Nos. 195, 196. The Court thanks the parties for their expeditious briefing. The Court has determined that an evidentiary hearing is necessary to resolve this issue.

The Court is available to conduct the evidentiary hearing on June 4, 2025. However, the Court understands that the parties may have constraints. The Court also recognizes that conducting an additional hearing may affect the parties' trial preparation. Accordingly, the Court requests that the parties meet and confer regarding a proposed date and the anticipated duration for the hearing, as well as the effect, if any, of the evidentiary hearing on the existing trial schedule.

The parties are directed to submit a joint letter with a scheduling proposal to the Court no later than May 30, 2025. The parties should include their respective positions on the defendants' request that the Government identify to defense counsel the names and titles of the agents involved in executing the at-issue warrants. The letter should also propose a schedule for submission of 3500

materials and any exhibits to the Court and each of the parties in advance of the hearing.

    SO ORDERED.

Dated: May 28, 2025
New York, New York

                                                GREGORY H. WOODS
                                            United States District Judge