

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2025
```

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **United States v. Andrey Kostin et al.,**
          **24 Cr. 91 (GHW)**

Dear Judge Woods:

    The Government respectfully writes to provide the Court with a status update pursuant to the Court's order of June 26, 2025 (Dkt. 230). Since the Government's last update on June 25, 2025, the parties have agreed to deferred prosecution agreements in this matter. The parties thus jointly request that the Court adjourn all pending deadlines, including the August 11, 2025 trial, *sine die*. The parties will promptly contact the Court's Chambers regarding next steps, including scheduling any conferences regarding the deferred prosecution agreements.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   /s/_____
     Emily Deininger
     David R. Felton
     Alexandra Rothman
     Assistant United States Attorneys
     (212) 637-2472 / -2299 / -2580

cc:    Counsel of Record (by ECF)

Application granted. The trial scheduled to begin on August 11, 2025 and all pending deadlines are adjourned *sine die*.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 231

SO ORDERED.
Dated: July 2, 2025

_____
GREGORY H. WOODS
United States District Judge