K&L GATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

August 18, 2026

Robert Silverblatt
rob.silverblatt@klgates.com

T +202 778 9132

By ECF

**MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re: USA v. Kostin, et al., Case No. 24-cr-00091-GHW**

Dear Judge Woods:

I write on behalf of Defendant Vadim Wolfson to respectfully request that the Court authorize the release of Mr. Wolfson's cash bond payment to him.

The case against Mr. Wolfson has been dismissed with prejudice (ECF No.248). Previously, Mr. Wolfson made a $500,000 cash payment on March 25, 2024 to secure the bond entered in this matter (ECF No. 32). Mr. Wolfson is the payee to whom the funds should be returned.

Accordingly, Mr. Wolfson respectfully requests that the Court order that $500,000 in principal be released from the Court's Registry and returned to Mr. Wolfson. No interest is payable on the principal because the Court's Registry is a non-interest-bearing account. The funds should be disbursed in accordance with the banking instructions provided directly to the Clerk's Office.

For these reasons, Mr. Wolfson respectfully requests that the Court so order the return of his cash bond payment. The United States consents to the relief sought.

Respectfully submitted,

*/s/ Robert Silverblatt*
Robert Silverblatt

Application granted. The Court directs the Clerk of Court to return the cash bond payment in the amount of $500,000 to Mr. Wolfson in accordance with the banking instructions provided to the Clerk of Court and to terminate the motion pending at Dkt. No. 253.
SO ORDERED.

Dated: August 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge